# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   SANDRA D CAMPBELL THOMPSON                §
                                                   §   Case No.: 10-54285
                                                   §
         Debtor(s)                                 §
_____

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2010.

2) This case was confirmed on 03/03/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/17/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/12/2011.

5) The case was converted on 03/14/2012.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    22,505.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $ 7,184.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 7,184.00 |

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,362.49 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 460.55 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,823.04 |
| Attorney fees paid and disclosed by debtor | $ 545.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | SECURED | 21,675.00 | 34,105.23 | 21,675.00 | 3,155.02 | 705.94 |
| ALLY FINANCIAL | UNSECURED | 13,306.00 | .00 | 12,430.23 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | 108,000.00 | 154,731.55 | .00 | .00 | .00 |
| GREEN TREE SERVICING | UNSECURED | 49,341.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | PRIORITY | 245.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 700.00 | 687.29 | 687.29 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 758.00 | .00 | 853.93 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 900.00 | 1,393.10 | 1,393.10 | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 5,200.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1,148.00 | 1,148.68 | 1,148.68 | .00 | .00 |
| FIRST SELECT CORP | UNSECURED | .00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 89.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,652.00 | 1,719.64 | 1,719.64 | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| PERSONAL PHYSICIANS | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| PERSONAL PHYSICIANS | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| JOHNSON BLUMBERG & A | OTHER | .00 | NA | NA | .00 | .00 |
| RIVERSIDE PSYCHICATR | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | 978.00 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| METROPOLITAN ADVANCE | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| ORCHARD BANK | UNSECURED | 1,714.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 10-54285   Doc 46   Filed 04/11/12   Entered 04/11/12 19:02:00   Desc Main
                    Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MCSI/RMI | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| RMI MCSI | UNSECURED | 250.00 | 500.00 | 500.00 | .00 | .00 |
| SALLIE MAE INC | UNSECURED | 2,274.00 | 1,931.37 | .00 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | 687.00 | 43.65 | 43.65 | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 9,500.00 | 10,095.73 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 9,500.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO OPERATIO | UNSECURED | 7,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO OPERATIO | UNSECURED | 5,500.00 | .00 | .00 | .00 | .00 |
| WFNNB/ VICTORIA'S SE | UNSECURED | .00 | NA | NA | .00 | .00 |
| JENNIFER THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 66.09 | 66.09 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 25,745.83 | 26,145.83 | .00 | .00 |
| GREEN TREE SERVICING | OTHER | NA | NA | NA | .00 | .00 |
| SPRINT | OTHER | NA | NA | NA | .00 | .00 |
| CANDICA LLC | OTHER | NA | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | OTHER | NA | NA | NA | .00 | .00 |
| ALLY FINANCIAL | SECURED | NA | .00 | 500.00 | 500.00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | NA | 100.01 | 100.01 | .00 | .00 |
| CAPIO PARTNERS LLC | UNSECURED | NA | 30.00 | 30.00 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 3,185.85 | 3,185.85 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 197.13 | 197.30 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 853.93 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 26,145.83 | .00 | .00 |
| Debt Secured by Vehicle | 21,675.00 | 3,155.02 | 705.94 |
| All Other Secured | 500.00 | 500.00 | .00 |
| **TOTAL SECURED:** | 48,320.83 | 3,655.02 | 705.94 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 22,355.77 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,823.04 |
| Disbursements to Creditors | $ | 4,360.96 |
| **TOTAL DISBURSEMENTS:** | $ | 7,184.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/11/2012                    /s/ Tom Vaughn
                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**